DANIEL B. HARRIS (117230)
ATTORNEY AT LAW
3450 Sacramento Street, Suite 108
San Francisco, California 94118
Telephone: (415) 994-1727
Facsimile: (415) 221-9294
E-mail: dbh2007@sbcglobal.net

Attorney for Petitioner
MICHAEL HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HUNTER,

    Petitioner,

    v.

JAMES A. YATES, Warden, *et al.*,

    Respondents.

Case No. C-06-7707-JW

STIPULATION AND [PROPOSED] ORDER EXTENDING PETITIONER'S DEADLINE FOR RESPONDING TO MOTION

1       WHEREAS, Respondents have filed a Motion to Dismiss for Failure to Exhaust State Remedies, setting the hearing on their motion, by mutual agreement of the parties, for February 11, 2008;

      WHEREAS, under the Court's local rules, Petitioner's response to such motion would be due 21 days before February 11, 2008, *i.e.*, on or before January 21, 2008;

      WHEREAS, January 21, 2008 is a federal holiday;

      IT IS THEREFORE STIPULATED by and between the parties, acting through their counsel of record, that Petitioner may have to and including January 22, 2008 to file his response to Respondents' motion.

Dated: January 11, 2008       DANIEL B. HARRIS
3450 Sacramento Street, Suite 108
San Francisco, California 94118
Telephone: (415) 994-1727

                            /s/ Daniel B. Harris
Daniel B. Harris

Attorney for Petitioner

Dated: January 11, 2008       ALLEN R. CROWN
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-5847

                            /s/ Allen R. Crown
Allen R. Crown

Attorney for Respondents

      IT IS SO ORDERED.

Dated: January 14, 2008

The Honorable James Ware
U.S. District Judge

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING PETITIONER'S DEADLINE FOR RESPONDING TO MOTION
*Hunter v. Yates*, Case No. C-06-7707-JW

# GENERAL ORDER 45 ATTESTATION

I, Daniel B. Harris, am the ECF User whose ID and password was used to file this Stipulation and [Proposed] Order Extending Petitioner's Deadline for Responding to Motion. In compliance with General Order 45, X.B., I hereby attest that Allen R. Crown, counsel for Respondents, concurred in this filing.

Dated: January 11, 2008      By:  /s/ Daniel B. Harris
                                  Daniel B. Harris
                                  Attorney for Petitioner

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING PETITIONER'S DEADLINE FOR RESPONDING TO MOTION
*Hunter v. Yates*, Case No. C-06-7707-JW