1    DANIEL B. HARRIS (117230)
      ATTORNEY AT LAW
2    3450 Sacramento Street, Suite 108
      San Francisco, California  94118
3    Telephone:  (415) 994-1727
      Facsimile:  (415) 221-9294
4    E-mail:  dharris@bermandevalerio.com

5    Attorney for Petitioner
      MICHAEL HUNTER

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MICHAEL HUNTER,             )   Case No.  C-06-7707-JW
                                )
12         Petitioner,         )
                                )   STIPULATION AND [PROPOSED] ORDER
13           v.            )   EXTENDING PETITIONER'S DEADLINE
                                )   TO FILE TRAVERSE
14    JAMES A. YATES, Warden, *et al.*,   )
                                )
15         Respondents.      )
                                )
16                                 )
                                )
17    _____ )

18

19

20

21

22

23

24

25

26

27

28

---

1    WHEREAS, pursuant to the Court's October 30, 2009 Order Lifting Stay and Reopening

2   Case; Requesting Respondent[s] to Answer (the "October Order"), and a subsequent extension

3   they were granted, Respondents filed their Answer, a comprehensive Memorandum of Points and

4   Authorities and a substantial volume of materials on January 5-6, 2010;

5    WHEREAS, the Court's October Order provides for Petitioner to respond to the Answer

6   by filing a traverse within thirty days of his receipt of the Answer, *i.e.*, on or before February 4,

7   2010;

8    WHEREAS, Petitioner intends to respond to the Answer, but, in view of the length and

9   complexity of the issues and matters raised by Respondents' Answer and supporting

10   memorandum, and scheduling conflicts of his counsel (including his need to assist in the

11   preparation of a case set for trial in this District in mid-March 2010), Petitioner requires

12   additional time to prepare his traverse;

13    WHEREAS, Respondents have no objection to the Court granting Petitioner any

14   extension he requests in order to file his traverse;

15    WHEREAS, the extension sought by Petitioner would have no meaningful effect on the

16   schedule of this case;

17    IT IS THEREFORE STIPULATED by and between the parties, acting through their

18   counsel of record, that, subject to Court approval, Petitioner may have an extension of time to and

19   including March 18, 2010 to file his traverse.

20

21   Dated:  January 26, 2010            DANIEL B. HARRIS
                                        3450 Sacramento Street, Suite 108
22                                      San Francisco, California  94118
                                        Telephone:  (415) 994-1727
23
                                            /s/ Daniel B. Harris
24                                      Daniel B. Harris

25                                      Attorney for Petitioner

26

27
                                         - 1 -
28

STIPULATION AND [PROPOSED] ORDER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW

1

2   Dated:  January 26, 2010                    ALLEN R. CROWN
                                                Deputy Attorney General
3                                               455 Golden Gate Avenue, Suite 11000
                                                San Francisco, California  94102-7004
4                                               Telephone:  (415) 703-5847

5                                               _____/s/ Allen R. Crown_____
                                                Allen R. Crown
6
                                                Attorney for Respondents
7
                              **E-Filing Attestation**
8

9        I, Daniel B. Harris, am the ECF User whose ID and password are being used to file this

10   Stipulation and [Proposed] Order Extending Petitioner's Deadline to File Traverse.  In

11   compliance with General Order 45, X.B., I hereby attest that Allen R. Crown has concurred in

12   this filing.

13

14

15        IT IS SO ORDERED.

16        Petitioner may have an extension of time to and including March 18, 2010 to file his

17   traverse.

18   Dated:  January  29 , 2010.                 _____

19                                               The Honorable James Ware
                                                U.S. District Judge
20

21

22

23

24

25

26

27

28
                                        - 2 -