1  DANIEL B. HARRIS (117230)
   ATTORNEY AT LAW
2  3450 Sacramento Street, Suite 108
   San Francisco, California  94118
3  Telephone:  (415) 994-1727
   Facsimile:  (415) 221-9294
4  E-mail:  dharris@bermandevalerio.com

5  Attorney for Petitioner
   MICHAEL HUNTER
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL HUNTER,                    )   Case No.  C-06-7707-JW
                                      )
12     Petitioner,                    )
                                      )   CORRECTED STIPULATION AND
13     v.                             )   [PROPOSED] ORDER FURTHER
                                      )   EXTENDING PETITIONER'S DEADLINE
14 JAMES A. YATES, Warden, *et al.*,  )   TO FILE TRAVERSE
                                      )
15     Respondents.                   )
                                      )
16                                    )
                                      )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

1   WHEREAS, pursuant to the Court's October 30, 2009 Order Lifting Stay and Reopening
2   Case; Requesting Respondent[s] to Answer (the "October Order"), and a subsequent extension
3   they were granted, Respondents filed their Answer, a comprehensive Memorandum of Points and
4   Authorities and a substantial volume of materials on January 5-6, 2010;

5   WHEREAS, the Court's October Order provided for Petitioner to respond to the Answer
6   by filing a traverse within thirty days of his receipt of the Answer, *i.e.*, on or before February 4,
7   2010;

8   WHEREAS, pursuant to stipulation, Petitioner sought and the Court granted him an
9   extension of time to March 18, 2010 to respond to the Answer;

10  WHEREAS, in view of the length and complexity of the issues and matters raised by
11  Respondents' Answer and supporting memorandum, and scheduling conflicts and other
12  commitments of his counsel, Petitioner requires a further extension of time to prepare his
13  traverse;

14  WHEREAS, Respondents have no objection to the Court granting Petitioner such further
15  extension;

16  WHEREAS, the further extension sought by Petitioner would have no meaningful effect
17  on the schedule of this case;

18  IT IS THEREFORE STIPULATED by and between the parties, acting through their
19  counsel of record, that, subject to Court approval, Petitioner may have an extension of time to and
20  including April 19, 2010 to file his traverse.

22  Dated:  March 10, 2010             DANIEL B. HARRIS
                                       3450 Sacramento Street, Suite 108
23                                     San Francisco, California  94118
                                       Telephone:  (415) 994-1727
24
                                            /s/ Daniel B. Harris
25                                     Daniel B. Harris

26                                     Attorney for Petitioner

- 1 -

CORRECTED STIPULATION AND [PROPOSED] ORDER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW

Dated: March 10, 2010

ALLEN R. CROWN
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-7004
Telephone:  (415) 703-5847

/s/ Allen R. Crown
Allen R. Crown

Attorney for Respondents

**E-Filing Attestation**

I, Daniel B. Harris, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Petitioner's Deadline to File Traverse.  In compliance with General Order 45, X.B., I hereby attest that Allen R. Crown has concurred in this filing.

IT IS SO ORDERED.

Petitioner may have an extension of time to and including April 19, 2010 to file his traverse.   This order finds as MOOT Docket Item No. 55.

Dated: March  12 , 2010.

The Honorable James Ware
U.S. District Judge

- 2 -

CORRECTED STIPULATION AND [PROPOSED] ORDER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW