1  DANIEL B. HARRIS (117230)
   ATTORNEY AT LAW
2  3450 Sacramento Street, Suite 108
   San Francisco, California  94118
3  Telephone:  (415) 994-1727
   Facsimile:  (415) 221-9294
4  E-mail:  dharris@bermandevalerio.com

5  Attorney for Petitioner
   MICHAEL HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNTER, | Case No.  C-06-7707-JW |
| Petitioner, | |
| v. | STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE |
| JAMES A. YATES, Warden, *et al.*, | |
| Respondents. | |

1  WHEREAS, pursuant to the Court's October 30, 2009 Order Lifting Stay and Reopening
2  Case; Requesting Respondent[s] to Answer, and a subsequent extension they were granted,
3  Respondents filed their Answer, a comprehensive Memorandum of Points and Authorities and a
4  substantial volume of materials on January 5-6, 2010;

5  WHEREAS, pursuant to previous stipulations of the parties, the Court has granted
6  Petitioner until April 19, 2010 to file his traverse;

7  WHEREAS, due to other work commitments and a significant personal matter that will
8  involve extended out-of-state travel in April 2010, Petitioner's counsel requires a further
9  extension of time to prepare Petitioner's traverse;

10  WHEREAS, Respondents have no objection to the Court granting Petitioner such further
11  extension;

12  WHEREAS, the further extension sought by Petitioner would have no meaningful effect
13  on the schedule of this case;

14  IT IS THEREFORE STIPULATED by and between the parties, acting through their
15  counsel of record, that, subject to Court approval, Petitioner may have an extension of time to and
16  including May 19, 2010 to file his traverse.

17  Dated:  April 2, 2010                    DANIEL B. HARRIS
                                             3450 Sacramento Street, Suite 108
18                                           San Francisco, California  94118
                                             Telephone:  (415) 994-1727
19
                                                  /s/ Daniel B. Harris
20                                           Daniel B. Harris

21                                           Attorney for Petitioner

22
    Dated:  April 2, 2010                    ALLEN R. CROWN
23                                           Deputy Attorney General
                                             455 Golden Gate Avenue, Suite 11000
24                                           San Francisco, California  94102-7004
                                             Telephone:  (415) 703-5847
25
                                                  /s/ Allen R. Crown
26                                           Allen R. Crown

27                                           Attorney for Respondents
                                                        - 1 -
28
    _____
    STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
    *Hunter v. Yates*, Case No. C-06-7707-JW

IT IS SO ORDERED.

Petitioner may have an extension of time to and including May 19, 2010 to file his traverse.

Dated:  April 7, 2010.

_____
The Honorable James Ware
U.S. District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW