DANIEL B. HARRIS (117230)
ATTORNEY AT LAW
3450 Sacramento Street, Suite 108
San Francisco, California  94118
Telephone:  (415) 994-1727
Facsimile:  (415) 221-9294
E-mail:  dharris@bermandevalerio.com

Attorney for Petitioner
MICHAEL HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUNTER,<br><br>       Petitioner,<br><br>              v.<br><br>JAMES A. YATES, Warden, *et al.*,<br><br>       Respondents. | Case No.  C-06-7707-JW<br><br>STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE |

*Hunter v. Yates*, Case No. C-06-7707-JW

1  WHEREAS, pursuant to the Court's October 30, 2009 Order Lifting Stay and Reopening
2  Case; Requesting Respondent[s] to Answer, and a subsequent extension they were granted,
3  Respondents filed their Answer, a comprehensive Memorandum of Points and Authorities and a
4  substantial volume of materials on January 5-6, 2010;

5  WHEREAS, pursuant to previous stipulations of the parties, the Court has granted
6  Petitioner until May 19, 2010 to file his traverse;

7  WHEREAS, Petitioner's counsel requires a short (approximate two-week) further
8  extension of time to prepare Petitioner's traverse, including in order to meet and confer with
9  Petitioner about it, which involves travel to Southern California and cannot be arranged to occur
10 until May 18, 2010;

11 WHEREAS, Respondents have no objection to the Court granting Petitioner such further
12 extension;

13 WHEREAS, the further extension sought by Petitioner would have no meaningful effect
14 on the schedule of this case;

15 IT IS THEREFORE STIPULATED by and between the parties, acting through their
16 counsel of record, that, subject to Court approval, Petitioner may have an extension of time to and
17 including June 4, 2010 to file his traverse.

| Dated: May 5, 2010 | DANIEL B. HARRIS |
| --- | --- |
|  | 3450 Sacramento Street, Suite 108 |
|  | San Francisco, California  94118 |
|  | Telephone:  (415) 994-1727 |
|  |  |
|  |     /s/ Daniel B. Harris |
|  | Daniel B. Harris |
|  | Attorney for Petitioner |
| Dated: May 5, 2010 | ALLEN R. CROWN |
|  | Deputy Attorney General |
|  | 455 Golden Gate Avenue, Suite 11000 |
|  | San Francisco, California  94102-7004 |
|  | Telephone:  (415) 703-5847 |
|  |  |
|  |     /s/ Allen R. Crown |
|  | Allen R. Crown |
|  | Attorney for Respondents |

- 1 -

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW

1
2
3
4
5
6   IT IS SO ORDERED.
7   Petitioner may have an extension of time to and including June 4, 2010 to file his traverse.
8   Dated: May 10, 2010                    *James Ware*
9                                          The Honorable James Ware
                                           U.S. District Judge
10
11
...
28

- 2 -

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW