1  DANIEL B. HARRIS (117230)
   ATTORNEY AT LAW
2  3450 Sacramento Street, Suite 108
   San Francisco, California  94118
3  Telephone:  (415) 994-1727
   Facsimile:  (415) 221-9294
4  E-mail:  dharris@bermandevalerio.com

5  Attorney for Petitioner
   MICHAEL HUNTER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL HUNTER,                        )   Case No.  C-06-7707-JW
                                          )
12      Petitioner,                       )
                                          )   STIPULATION AND [PROPOSED] ORDER
13      v.                                )   FURTHER EXTENDING PETITIONER'S
                                          )   DEADLINE TO FILE TRAVERSE
14 JAMES A. YATES, Warden, *et al.*,      )
                                          )
15      Respondents.                      )
                                          )
16                                        )
                                          )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW

1    WHEREAS, pursuant to the Court's October 30, 2009 Order Lifting Stay and Reopening Case; Requesting Respondent[s] to Answer, and a subsequent extension they were granted, Respondents filed their Answer, a comprehensive Memorandum of Points and Authorities and a substantial volume of materials on January 5-6, 2010;

    WHEREAS, pursuant to previous stipulations of the parties, the Court has granted Petitioner until June 4, 2010 to file his traverse;

    WHEREAS, Petitioner's counsel may require a one-week extension to file the traverse;

    WHEREAS, Respondents have no objection to the Court granting Petitioner such further extension;

    WHEREAS, the further extension sought by Petitioner would have no meaningful effect on the schedule of this case;

    IT IS THEREFORE STIPULATED by and between the parties, acting through their counsel of record, that, subject to Court approval, Petitioner may have an extension of time to and including June 11, 2010 to file his traverse.

Dated: May 27, 2010             DANIEL B. HARRIS
                                3450 Sacramento Street, Suite 108
                                San Francisco, California  94118
                                Telephone:  (415) 994-1727

                                  /s/ Daniel B. Harris
                                Daniel B. Harris
                                Attorney for Petitioner

Dated: May 27, 2010             ALLEN R. CROWN
                                Deputy Attorney General
                                455 Golden Gate Avenue, Suite 11000
                                San Francisco, California  94102-7004
                                Telephone:  (415) 703-5847

                                  /s/ Allen R. Crown
                                Allen R. Crown
                                Attorney for Respondents

- 1 -

**E-Filing Attestation**

I, Daniel B. Harris, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Further Extending Petitioner's Deadline to File Traverse. In compliance with General Order 45, X.B., I hereby attest that Allen R. Crown has concurred in this filing.

IT IS SO ORDERED.

Petitioner may have an extension of time to and including June 11, 2010 to file his traverse.

Dated: June 2, 2010

_____
The Honorable James Ware
U.S. District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PETITIONER'S DEADLINE TO FILE TRAVERSE
*Hunter v. Yates*, Case No. C-06-7707-JW