**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                    SAN JOSE DIVISION
10   Michael Wayne Hunter,                    NO. C 06-07707 JW
11                  Petitioner,               **JUDGMENT**
         v.
12
     James A. Yates, Warden, et al.,
13
                    Respondents.
14   _____/
15          Pursuant to the Court's December 20, 2010 Order Denying Petition for Writ of Habeas
16   Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondents James A.
17   Yates and James E. Tilton, against Petitioner Michael Wayne Hunter.
18          The Clerk shall close this file.
19
20   Dated: December 20, 2010                  _____
21                                             JAMES WARE
                                               United States District Judge
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen Robert Crown allen.crown@doj.ca.gov
Daniel Bennett Harris dbh2007@sbcglobal.net

**Dated: December 20, 2010**                     **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California